## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>**Corey Michael Baynard**<br>**Amanda Carrie Baynard**<br><br>**Debtors.** | Case No. 16-33958<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis<br><br>Set for September 22, 2017 at 10:00 a.m. |

### NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on September 22, 2017, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present Trustee's, **First and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses and to Limit Notice**, a copy of which is attached hereto and hereby served upon you

Cindy M. Johnson, not individually but as Chapter 7 Trustee of **Corey Michael Baynard and Amanda Carrie Baynard,**

/s/ __ Cindy M. Johnson ____
Chapter 7 Trustee

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on August 30, 2017.

___ /s/ Cindy M. Johnson _____

# SERVICE LIST

## Electronic Mail Notice List

- Amy A Aronson    amyaronson@comcast.net, amyaronson@comcast.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Angie S Lee    aleelawecf@yahoo.com, r59410@notify.bestcase.com
- James M Philbrick    jmphilbrick@att.net

## Manual Notice List

### E-MAIL
Alan D Lasko, Alan D. Lasko & Associates,    alasko@adlassoc.com

### US Mail

Corey Michael Baynard
Amanda Carrie Baynard
2205 ORCHID LANE
Crest Hill, IL 60403

LEXINGTON SL TRUST II
Xerox Education Services, LLC dba ACS Education Services
501 Bleecker St.
Utica, NY 13501-2401

U.S. Bank National Association
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254

PYOD, LLC its successors and assigns as assi of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Capital One, N.A.
c/o Becket and Lee LLP PO
Box 3001
Malvern PA 19355-0701

PYOD, LLC its successors and assigns as assi of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Quantum3 Group LLC as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Christine M Smith
2300 Beau Monde Lane, Unit 106
Lisle IL 60532-1522

Sterling Jewelers Inc.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Comenity Capital Bank
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Directv, LLC
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U. S. Department of Education
c/o FedLoan Servicing
P. O. Box 69184
Harrisburg, PA 17106-9184

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                             )
                                                  )
                                                  )          Bankruptcy No. _____
                                                  )
                        Debtor.          )          Chapter          _____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From   _____, _____   through _____, _____

Amount of Fees Sought:      $_____

Amount of Expense Reimbursement Sought:      $_____

This is an:          Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____          _____
                                                            (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )
**Corey Michael Baynard Bankruptcy Estate**    )
**Amanda Carrie Baynard Bankruptcy Estate**    )        **No. 16 B 33958**
                                                )
                                                )        **Chapter 7**
      **Debtor**                                )
                                                )        **Hon. Pamela S. Hollis**

## FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF <u>COMPENSATION AND EXPENSES AND TO LIMIT NOTICE</u>

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request first and final compensation of $1,736.50 and expenses of $20.80 for the time period from July 21, 2017 through August 21, 2017. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## <u>INTRODUCTION</u>

This Court has jurisdiction over this First and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

CORBUT MICHAPAGE 6 YN29RD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11

of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1

of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the

Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation

and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States

Department of Justice, dated on January 30, 1996 (the "UST Guidelines").


Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has

received or may receive in these cases with another person or party other than the Firm's associates,

and other employees, or (b) any compensation another person or party has received or may receive

in these cases.


**GENERAL**


The Debtor filed a petition under Chapter 7 on or about October 25, 2016.   A Trustee was

subsequently appointed.   On July 21, 2017, Alan D. Lasko & Associates, P.C. was approved by

the Court as the accountants for the Trustee.   Reflected in this fee petition is the Applicant's time

for the preparation of the Estate's initial and final 2017 income tax returns.


2

## CORNELL CHAD BAYNARD AND
## AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

**FEE APPLICATION**

The fees sought by this First and Final Fee Application reflect an aggregate of 12.1 hours of ADLPC's time spent and recorded in performing services during the First and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

## CORY MICHAEL BAYNARD AND
## AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

    Cost                    $125.00

A recap of compensation for this category is as follows:

|                   | Hours | Rate        | Amount     |
| ----------------- | ----- | ----------- | ---------- |
| A. Lasko          | 0.2   | $  300.00   | $   60.00  |
| C. Wilson, Staff  | 1.0   | 65.00       | 65.00      |
|                   | 1.2   |             | $  125.00  |

## TAX PREPARATION

The Applicant incurred 10.9 hours in the preparation of the Estate's initial and final 2017 workpapers and year-end tax returns.

4

CORBLIN MICHAEL BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

The work also included the following:

- Summarized Trustee's Forms 2.
- Reviewed Bankruptcy Schedules.
- Reviewed Debtor's tax returns.
- Calculated gain on sale of Estate assets.
- Discussions with Trustee regarding tax items.

|  |  |
|---|---|
| Cost | $1,611.50 |

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.7 | $ 300.00 | $ 810.00 |
| K. Seyller, Senior | 0.3 | 170.00 | 51.00 |
| D. Stefanczuk, Staff | 7.9 | 95.00 | 750.50 |
|  | 10.9 |  | $ 1,611.50 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $290 | - | $300 |
|---|---|---|---|
| Manager/Director | 240 | - | 300 |
| Supervisors | 180 | - | 260 |
| Senior | 140 | - | 180 |
| Assistant | 65 | - | 140 |

5

COREY MITCHELL BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first and final fee period are as follows:

| Recap by Project | First and Final Application |
|---|---|
| Billing | $ 125.00 |
| Tax Preparation | 1,611.50 |
| Net Request | $ 1,736.50 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $ 125.00 | $ 104.17 |
| Tax Preparation | 10.9 | 1,611.50 | $ 147.84 |
| | 12.1 | $ 1,736.50 | $ 143.51 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

IN RE MICHAEL BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

|  | Tax Preparation |
|---|---|
| Copy Costs | $    10.80 |
| Delivery | 10.00 |
|  | $    20.80 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;

  (C)  whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

  (D)  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

  (E)  whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this First and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the First and Final compensation sought herein for the Compensation Period is warranted.

IN RE: MICHAEL BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

**LIMIT NOTICE**

Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the Debtor(s), the United States Trustee, to other parties in interest, and to only creditors who have filed claims in this case (there being no creditors who have the right to an extension to file claims). See, Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

**CONCLUSION AND REQUEST FOR RELIEF**

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate. Therefore, the requested first and final compensation of $1,736.50 and expenses of $20.80 should be allowed for services by your Applicant for the period July 21 2017 through August 21, 2017. Further, request is made to limit notice as set forth above.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Corey Michael Baynard Bankruptcy Estate** | ) | |
| **Amanda Carrie Baynard Bankruptcy Estate** | ) | No. 16 B 33958 |
| | ) | |
| | ) | **Chapter 7** |
| Debtor | ) | |
| | ) | **Hon. Pamela S. Hollis** |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )         **SS.**
COUNTY OF COOK )

       I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Cindy M. Johnson, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the First and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

                                             _____
                                           Alan D. Lasko

Subscribed and Sworn to before me
this _25th_ day of August, 2017.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

10

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-33958 |
| Corey Michael Baynard | ) | |
| Amanda Carrie Baynard | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER FOR TRUSTEE'S MOTION TO EMPLOY ACCOUNTANT

This cause coming to be heard on Trustee's Motion to Employ Accountant, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein;

2. The Trustee is authorized to employ and retain Alan D. Lasko and Alan D. Lasko & Associates, PC., as her accountants; and

3. All compensation for services said accountants is to be hereinafter determined by this Court.

Enter:

*Pam S Hollis*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  July 21, 2017

**Prepared by:**

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

## COREY MICHAEL BAYNARD AND
## AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 31 years.  He brings his 41 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases.  Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements.  Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for three years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a Bachelor's Degree in

**COREY MICHAEL BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE**

Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.


<u>Dominika Stefanczuk – Staff</u>

Ms. Stefanczuk is a staff accountant performing accounting and tax services.  Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting and her Master's Degree in Accounting from Saint Xavier University.

**EXHIBIT C**

**STAFF LEVELS**

CHERYL MICHAELA BAYNARD AND
AMANDA CARRIE BAYNARD BANKRUPTCY ESTATE

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

8/21/2017
5 04 PM                                    Pre-bill Worksheet                                Page    1

---

## Selection Criteria

---

| Clie Selection | Include  Baynard 002, Baynard 012 |
|---|---|

---

| Nickname | Baynard 002 | 5259 |
|---|---|
| Full Name | Corey & Amanda Baynard Bankruptcy Estate |
| Address | c/o Cindy M  Johnson, Trustee |
| | 140 S  Dearborn Street |
| | Suite 1510 |
| | Chicago IL 60603 |

| Phone | | Fax | |
|---|---|---|---|
| Home | | Other | |
| In Ref To | | | |
| | tax preparati | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | | | |
| Last charge | 8/20/2017 | | |
| Last payment | | Amount | $0 00 |

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/3/2017<br>156259 | A  Lasko<br>800 | 300 00 | 0 30 | 90 00 | Billable |

review of information received to date and set up staff for initial workpaper
preparation re, estate tax retu

| 8/3/2017<br>156268 | D  Stefanczuk<br>800 | 95 00 | 3 10 | 294 50 | Billable |
|---|---|---|---|---|---|

prepration of workpapers and tax return

| 8/4/2017<br>156294 | D  Stefanczuk<br>800 | 95 00 | 1 80 | 171 00 | Billable |
|---|---|---|---|---|---|

continued to work on workpapers and tax return

| 8/15/2017<br>156545 | A  Lasko<br>800 | 300 00 | 0 70 | 210 00 | Billable |
|---|---|---|---|---|---|

initial review of workpapers and tax returns  final

| 8/16/2017<br>156574 | D  Stefanczuk<br>800 | 95 00 | 1 80 | 171 00 | Billable |
|---|---|---|---|---|---|

prepration of workpapers and tax returns - changes and addition

8/21/2017
5 04 PM                                    Pre-bill Worksheet                           Page    2

Baynard 002 Corey & Amanda Baynard Bankruptcy Estate (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 8/17/2017 156597 | A  Lasko 800 | 300 00 | 0 90 | 270 00 | Billable |
| | review of workpapers and tax returns for initial and final of esta TE | | | | |
| 8/17/2017 156603 | A  Lasko 800 | 300 00 | 0 30 | 90 00 | Billable |
| | prepared irs and illinois 60 day letter S | | | | |
| 8/17/2017 156604 | A  Lasko 800 | 300 00 | 0 50 | 150 00 | Billable |
| | sign off of federal and state income tax returns and irs 60 day copies and letters for final return S | | | | |
| 8/20/2017 156661 | D  Stefanczuk 800 | 95 00 | 1 20 | 114 00 | Billable |
| | Estimated time to prepare estates final information tax returns and cover letter to trust ET | | | | |
| 8/20/2017 156662 | K  Seyller 800 | 170 00 | 0 30 | 51 00 | Billable |
| | Estimated time to review estate's final information tax returns and cover letter to trust KE | | | | |
| TOTAL | Billable Fees | | 10 90 | | $1,611 50 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------------|----------------|----------|--------|-------|
| 8/17/2017 156629 | C  Wilson 115 | 12 80 | 1 000 | 12 80 | Billable |
| | Photocopy costs for 2017 Forms 1041 income tax returns - 128 pages @ $ 10 per pag E | | | | |
| 8/17/2017 156630 | C  Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
| | Delivery of 2017 Forms 1041 income tax returns to Cindy M  Johnson - confirmation #105764 6 | | | | |

Pre-bill Worksheet

Baynard 002 Corey & Amanda Baynard Bankruptcy Estate (continued)

| | Amount | Total |
|---|---|---|
| | | |
| TOTAL    Billable Costs | | $22 80 |

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $1,611 50 | |
| Total of Fees (Time Charges) | | $1,611 50 |
| Costs Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable expense slips | $22 80 | |
| Total of Costs (Expense Charges) | | $22 80 |
| Total new charges | | $1,634 30 |
| New Balance | $1,634 30 | |
| Current | | |
| Total New Balance | | $1,634 30 |

**EXHIBIT D-2**

**BILLING TIME**

8/21/2017
5 04 PM                                    Pre-bill Worksheet                          Page      4

Nickname          Baynard 012 | 5260
Full Name         Corey & Amanda Baynard Bankruptcy Estate
Address           c/o Cindy M  Johnson, Trustee
                  140 S  Dearborn Street
                  Suite 1510
                  Chicago IL 60603

Phone                              Fax
Home                               Other
In Ref To
                  fee petiti
Fees Arrg         By billing value on each slip
Expense Arrg      By billing value on each slip
Tax Profile       Exempt
Last bill
Last charge       8/21/2017
Last payment                       Amount     $0 00

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|------------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/21/2017 | C  Wilson | 65 00 | 1 00 | 65 00 | Billable |
| 156706 | 800 | | | | |
| | Prepared fee petition | | | | |
| 8/21/2017 | A  Lasko | 300 00 | 0 20 | 60 00 | Billable |
| 156707 | 800 | | | | |
| | Prpeared fee petition | | | | |
| TOTAL | Billable Fees | | 1 20 | | $125 00 |

Total of billable expense slips                                                       $0 00

---

Calculation of Fees and Costs

|  | Amount | Total |
|--|--------|-------|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $125 00 | |
| Total of Fees (Time Charges) | | $125 00 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $125 00 |

8/21/2017
5 04 PM

Pre-bill Worksheet

Page    5

Baynard 012 Corey & Amanda Baynard Bankruptcy Estate (continued)

|  | Amount | Total |
|---|---|---|
| New Balance | | |
| Current | $125 00 | |
| Total New Balance | | $125 00 |