# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Corey Michael Baynard § Case No. 16-33958
Amanda Carrie Baynard §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/25/2016 . The undersigned trustee was appointed on 10/25/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 111,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 34,973.65 |
| Bank service fees | | 79.13 |
| Other payments to creditors | | 11,205.22 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 7,500.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 57,742.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/12/2017 and the deadline for filing governmental claims was 07/12/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,450.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,450.00 , for a total compensation of $ 8,450.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 507.84 , for total expenses of $ 507.84 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/06/2018                By: /s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-33958 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Corey Michael Baynard | | | | Date Filed (f) or Converted (c): | 10/25/2016 (f) |
| | Amanda Carrie Baynard | | | | 341(a) Meeting Date: | 11/16/2016 |
| For Period Ending: | 01/06/2018 | | | | Claims Bar Date: | 07/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2508 Lotus Lane Crest Hill Il 60403-0000 Will | 125,000.00 | 125,000.00 | | 19,000.00 | FA |
| 2. 2011 Chevrolet Traverse Mileage: 85,000 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 3. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Pnc Checking | 806.00 | 0.00 | | 0.00 | FA |
| 5. Fidelity | 38.00 | 0.00 | | 0.00 | FA |
| 6. Employer - 401K | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pnc Savings (u) | 72.00 | 0.00 | | 0.00 | FA |
| 9. Personal Injury Claim (u) | 0.00 | 92,500.00 | | 92,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $137,916.00     $227,500.00          $111,500.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee administered equity in Amanda Baynard's home. After submitting a final report to the UST, Trustee contacted by personal injury attorneys advising Amanda Baynard had an injury claim. Trustee withdrew final report and obtained order approving settlement (doc. 85 on 12/15/17). Finishing up negotiating medical liens.

| RE PROP # | 1 | -- | Debtor made an offer to buyout the estate's interest in the home (approved doc. __) so that Trustee would not avoid preferential lien given to Amanda Baynard's mother, Christine Smith) |
| RE PROP # | 9 | -- | Exemption disallowed in amount of $7,500.00 and allowed in amount of $7,500.00 (doc. 86) |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Page: 2

Case 16-33958    Doc 87    Filed 02/26/18    Entered 02/26/18 12:47:39    Desc Main
Initial Projected Date of Final Report (TFR): 02/28/2018    Current Projected Date of Final Report (TFR): 02/28/2018
Document    Page 4 of 15

Exhibit A

Case 16-33958  Doc 87  Filed 02/26/18  Entered 02/26/18 12:47:39  Desc Main
Document  Page 5 of 15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-33958 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Corey Michael Baynard | Bank Name: BOK Financial |
| Amanda Carrie Baynard | Account Number/CD#: XXXXXX0418 |
| | Checking |
| Taxpayer ID No: XX-XXX7689 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/17 | 1 | Amanda Baynard | Buy out interest in the estate | 1110-000 | $19,000.00 | | $19,000.00 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.77 | $18,977.23 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.20 | $18,949.03 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $18,920.87 |
| 09/28/17 | 101 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Fees | 3410-000 | | $1,736.50 | $17,184.37 |
| 09/28/17 | 102 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Expenses | 3420-000 | | $20.80 | $17,163.57 |
| 12/18/17 | 9 | Lavelle Law LTD<br>501 W. Colfax St<br>Palatine, IL 60067 | Personal injury claim<br>Debtor 2 Amanda Baynard Only | 1242-000 | $92,500.00 | | $109,663.57 |
| 12/28/17 | 103 | Lavelle Law, Ltd.<br>1933 North Meacham Road<br>Suite 600<br>Schaumburg, IL 60173<br><br>Attention: Joseph V. Vito | Attorney fees | 3210-000 | | $20,555.55 | $89,108.02 |
| 12/28/17 | 104 | Lavelle Law, Ltd.<br>1933 North Meacham Road<br>Suite 600<br>Schaumburg, IL 60173<br><br>Attention: Joseph V. Vito | Attorney expenses | 3220-000 | | $510.57 | $88,597.45 |
| 12/28/17 | 105 | Hupy & Abraham, S.C.<br>6475 Washington Street, Suite 105<br>Gurnee, IL 60031<br><br>Attn: Vito J. Manicioto | Attorney fees | 3210-000 | | $10,377.78 | $78,219.67 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*    Page Subtotals:    $111,500.00    $33,280.33

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-33958 | Trustee Name: | Cindy M. Johnson, Trustee | |
| Case Name: | Corey Michael Baynard | Bank Name: | BOK Financial | |
| | Amanda Carrie Baynard | Account Number/CD#: | XXXXXX0418 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7689 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/06/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/17 | 106 | Hupy & Abraham, S.C.<br>6475 Washington Street, Suite 105<br>Gurnee, IL 60031<br><br>Attn: Vito J. Manicioto | Attorney fees | 3220-000 | | $1,772.45 | $76,447.22 |
| 12/28/17 | 107 | Amanda Carrie Baynard<br>2508 LOTUS LANE<br>CREST HILL, IL 60403 | Exemption | 8100-002 | | $7,500.00 | $68,947.22 |
| 12/28/17 | 108 | Neurological Surgery & Spine Surgery<br>c/o Precision Services, Inc.<br>P.O. Box 716<br>Beecher, Illinois 60401 | Payment of a secured lein on personal property | 4210-000 | | $1,675.96 | $67,271.26 |
| 01/06/18 | 109 | The Rawlings Company<br>ATTN: Olivia T. Farmer<br>Reference No. 63577514<br>The Rawlings Company, Subrogation Division<br>P.O. Box 2000<br>LaGrange, Kentucky 40031-2000 | Payment of a secured lein on personal property | 4210-000 | | $2,029.26 | $65,242.00 |
| 01/06/18 | 110 | Daniel O'Connor-D.C.<br>O'Connor Chiropractic<br>6490 W. Caton farm Rd.<br>Plainfield, Illinois 60586 | Payment of a secured lein on personal property | 4210-000 | | $4,500.00 | $60,742.00 |
| 01/06/18 | 111 | Adventist Bolingbrook Hospital<br>c/o Law Offices of Neil J. Greene, LLC<br>250 Parkway Drive<br>Suite 150<br>Lincolnshire, IL 60069-4300 | Payment of a secured lein on personal property | 4210-000 | | $3,000.00 | $57,742.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $111,500.00 | $53,758.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $111,500.00 | $53,758.00 |
| Less: Payments to Debtors | $0.00 | $7,500.00 |
| Net | $111,500.00 | $46,258.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*       Page Subtotals:                $0.00            $20,477.67

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0418 - Checking | $111,500.00 | $46,258.00 | $57,742.00 |
|  | $111,500.00 | $46,258.00 | $57,742.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $111,500.00 |
| Total Gross Receipts: | $111,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-33958  
Debtor Name: Corey Michael Baynard  
Claims Bar Date: 7/12/2017

Date: January 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Amanda Carrie Baynard<br>2508 LOTUS LANE<br>CREST HILL, IL 60403 | Administrative | Exemption disallowed in part and allowed in part (doc. 86) | $15,000.00 | $15,000.00 | $7,500.00 |
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $8,450.00 | $8,450.00 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $507.84 | $507.84 |
| 100 3210 | Hupy & Abraham, S.C.<br>6475 Washington Street, Suite 105<br>Gurnee, IL 60031<br><br>Attn: Vito J. Manicioto | Administrative | order approving at doc. 85 | $0.00 | $10,377.78 | $10,377.78 |
| 100 3210 | Lavelle Law, Ltd.<br>1933 North Meacham Road<br>Suite 600<br>Schaumburg, IL 60173<br><br>Attention: Joseph V. Vito | Administrative | order approving at doc. 85 | $0.00 | $20,555.55 | $20,555.55 |
| 100 3220 | Hupy & Abraham, S.C.<br>6475 Washington Street, Suite 105<br>Gurnee, IL 60031<br><br>Attn: Vito J. Manicioto | Administrative | order approving at doc. 85 | $0.00 | $1,772.45 | $1,772.45 |
| 100 3220 | Lavelle Law, Ltd.<br>1933 North Meacham Road<br>Suite 600<br>Schaumburg, IL 60173<br><br>Attention: Joseph V. Vito | Administrative | order approving at doc. 85 | $0.00 | $510.57 | $510.57 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,736.50 | $1,736.50 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $20.80 | $20.80 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-33958
Debtor Name: Corey Michael Baynard
Claims Bar Date: 7/12/2017

Date: January 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18<br>280<br>5800 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, Illinois 62794-9035 | Priority | Claim was filed 9/19/17, after bar date passed. But, Trustee is deeming this claim as timely under Sec. 726(a)(2)(c) since Trustee has determined that the creditor did not receive notice of this bankruptcy case in time to file a claim before the bar date. | $0.00 | $784.00 | $784.00 |
| 1<br>300<br>7100 | Lexington Sl Trust Ii<br>Xerox Education Services, Llc Dba<br>Acs Education Services<br>501 Bleecker St.<br>Utica, Ny 13501 | Unsecured | | $9,136.00 | $8,802.96 | $8,802.96 |
| 2<br>300<br>7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $446.00 | $483.75 | $483.75 |
| 3<br>300<br>7100 | Irs<br>Po Box 7346<br>Philadelphia, Pa 19122 | Unsecured | | $1,100.00 | $5,355.45 | $5,355.45 |
| 4<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $4,194.00 | $4,310.28 | $4,310.28 |
| 5<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $814.00 | $2,217.07 | $2,217.07 |
| 6<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $2,108.00 | $887.76 | $887.76 |
| 7<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $1,088.00 | $1,163.10 | $1,163.10 |
| 8<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $135.00 | $481.83 | $481.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-33958  
Debtor Name: Corey Michael Baynard  
Claims Bar Date: 7/12/2017  
Date: January 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $639.00 | $842.29 | $842.29 |
| 10 300 7100 | Comenity Capital Bank C/O Weinstein & Riley P.S. 2001 Western Ave Ste. 400 Seattle, Wa 98121 | Unsecured | | $446.00 | $3,389.69 | $3,389.69 |
| 11 300 7100 | Christine M Smith 2300 Beau Monde Lane, Unit 106 Lisle Il 0532 | Unsecured | | $42,000.00 | $42,000.00 | $42,000.00 |
| 12 300 7100 | Verizon By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Unsecured | | $1,696.00 | $1,663.84 | $1,663.84 |
| 13 300 7100 | T Mobile/T-Mobile Usa Inc By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $2,221.97 | $2,221.97 |
| 14 300 7100 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured | | $651.00 | $686.29 | $686.29 |
| 15 300 7100 | U. S. Department Of Education C/O Fedloan Servicing P. O. Box 69184 Harrisburg, Pa 17106-9184 | Unsecured | | $40,625.00 | $47,340.57 | $47,340.57 |
| 16 300 7100 | Directv, Llc By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $381.42 | $381.42 |
| 17 300 7100 | Sterling Jewelers Inc. C/O Five Lakes Agency, Inc. P.O. Box 80730 Rochester, Mi 48308-0730 | Unsecured | | $124.00 | $136.38 | $136.38 |

Document      Page 11 of 15

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-33958  
Debtor Name: Corey Michael Baynard  
Claims Bar Date: 7/12/2017  

Date: January 6, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 a 380 7300 | Illinois Department of Revenue Bankruptcy Section P.O. Box 19035 Springfield, Illinois 62794-9035 | Unsecured | Claim was filed 9/19/17, after bar date passed. But, Trustee is deeming this claim as timely under Sec. 726(a)(2)(c) since Trustee has determined that the creditor did not receive notice of this bankruptcy case in time to file a claim before the bar date. | $0.00 | $439.99 | $439.99 |
| 400 4210 | Adventist Bolingbrook Hospital c/o Law Offices of Neil J. Greene, LLC 250 Parkway Drive Suite 150 Lincolnshire, IL 60069-4300 | Secured | order approving at doc. 85 | $0.00 | $3,000.00 | $3,000.00 |
| 400 4210 | Daniel O'Connor-D.C. O'Connor Chiropractic 6490 W. Caton farm Rd. Plainfield, Illinois 60586 | Secured | order approving at doc. 85 | $0.00 | $4,500.00 | $4,500.00 |
| 400 4210 | Neurological Surgery & Spine Surgery c/o Precision Services, Inc. P.O. Box 716 Beecher, Illinois 60401 | Secured | order approving at doc. 85 | $0.00 | $1,675.96 | $1,675.96 |
| 400 4210 | The Rawlings Company ATTN: Olivia T. Farmer Reference No. 63577514 The Rawlings Company, Subrogation Division P.O. Box 2000 LaGrange, Kentucky 40031-2000 | Secured | order approving at doc. 85 | $0.00 | $2,029.26 | $2,029.26 |
| | Case Totals | | | $120,202.00 | $193,725.35 | $186,225.35 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-33958
Case Name: Corey Michael Baynard
              Amanda Carrie Baynard
Trustee Name: Cindy M. Johnson, Trustee

             Balance on hand                                      $            57,742.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | The Rawlings Company | $ 2,029.26 | $ 2,029.26 | $ 2,029.26 | $ 0.00 |
| | Neurological Surgery & Spine Surgery | $ 1,675.96 | $ 1,675.96 | $ 1,675.96 | $ 0.00 |
| | Daniel O'Connor-D.C. | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 0.00 |
| | Adventist Bolingbrook Hospital | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |

     Total to be paid to secured creditors                        $               0.00

     Remaining Balance                                                $        57,742.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 8,450.00 | $ 0.00 | $ 8,450.00 |
| Trustee Expenses: Cindy M. Johnson | $ 507.84 | $ 0.00 | $ 507.84 |
| Attorney for Trustee Fees: Lavelle Law, Ltd. | $ 20,555.55 | $ 20,555.55 | $ 0.00 |
| Attorney for Trustee Expenses: Lavelle Law, Ltd. | $ 510.57 | $ 510.57 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,736.50 | $ 1,736.50 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 20.80 | $ 20.80 | $ 0.00 |
| Other: Hupy & Abraham, S.C. | $ 10,377.78 | $ 10,377.78 | $ 0.00 |
| Other: Hupy & Abraham, S.C. | $ 1,772.45 | $ 1,772.45 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses    $    8,957.84

    Remaining Balance    $    48,784.16

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 784.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Illinois Department of Revenue Bankruptcy Section | $ 784.00 | $ 0.00 | $ 784.00 |

    Total to be paid to priority creditors    $    784.00

    Remaining Balance    $    48,000.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 122,364.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.2 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lexington Sl Trust Ii | $ 8,802.96 | $ 0.00 | $ 3,453.15 |
| 2 | Quantum3 Group Llc As Agent For | $ 483.75 | $ 0.00 | $ 189.76 |
| 3 | Irs | $ 5,355.45 | $ 0.00 | $ 2,100.79 |
| 4 | Capital One Bank (Usa), N.A. | $ 4,310.28 | $ 0.00 | $ 1,690.80 |
| 5 | Capital One Bank (Usa), N.A. | $ 2,217.07 | $ 0.00 | $ 869.69 |
| 6 | Capital One Bank (Usa), N.A. | $ 887.76 | $ 0.00 | $ 348.24 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,163.10 | $ 0.00 | $ 456.25 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ 481.83 | $ 0.00 | $ 189.01 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 842.29 | $ 0.00 | $ 330.41 |
| 10 | Comenity Capital Bank | $ 3,389.69 | $ 0.00 | $ 1,329.68 |
| 11 | Christine M Smith | $ 42,000.00 | $ 0.00 | $ 16,475.40 |
| 12 | Verizon | $ 1,663.84 | $ 0.00 | $ 652.68 |
| 13 | T Mobile/T-Mobile Usa Inc | $ 2,221.97 | $ 0.00 | $ 871.62 |
| 14 | Capital One, N.A. | $ 686.29 | $ 0.00 | $ 269.21 |
| 15 | U. S. Department Of Education | $ 47,340.57 | $ 0.00 | $ 18,570.35 |
| 16 | Directv, Llc | $ 381.42 | $ 0.00 | $ 149.62 |
| 17 | Sterling Jewelers Inc. | $ 136.38 | $ 0.00 | $ 53.50 |

Total to be paid to timely general unsecured creditors     $         48,000.16

    Remaining Balance                                              $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 439.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 a | Illinois Department of Revenue Bankruptcy Section | $ 439.99 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors          $_____0.00

    Remaining Balance                                              $_____0.00