**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**Corey Michael Baynard**<br>**Amanda Carrie Baynard**<br><br><br>**Debtors.** | Case No. 16-33958<br><br>Chapter 7<br><br>Honorable Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

       I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on February 27, 2018.

Cindy M. Johnson                                              /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

**Electronic Mail Notice List**

- Amy A Aronson    amyaronson@comcast.net, amyaronson@comcast.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Angie S Lee    aleelawecf@yahoo.com, r59410@notify.bestcase.com
- James M Philbrick    jmphilbrick@att.net

**Manual Notice List**

Alan D Lasko
Alan D Lasko & Associates
205 West Randolph Street
Suite 1150
Chicago, Illinois 60606

U.S. Bank National Association
14841 Dallas Parkway, Suite 300
DALLAS, TX 75254

Amanda Carrie Baynard
2508 Lotus Lane
Crest Hill, IL 60403-1662

Corey Michael Baynard
2205 Orchid Lane
Crest Hill, IL 60403-1611

Acs/Lexington
Acs/Education Services
Po Box 7051
Utica, NY 13504-7051

Acs/us Bank
Acs/Education Services
Po Box 7051
Utica, NY 13504-7051

Afni
Po Box 3427
Bloomington, IL 61702-3427

Allied Interstate Llc
7525 W Campus Rd
New Albany, OH 43054-1121

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

Ally Financial Inc. f/k/a GMAC Inc.
PO Box 130424
Roseville, MN 55113-0004

Amy A Aronson
Aronson & Walsh, P.C.
PO Box 5907
Vernon Hills, IL 60061-5907

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Ccs Collections
725 Canton St
Norwood, MA 02062-2679

Cda/Pontiac
Attn:Bankruptcy
Po Box 213
Streator, IL 61364-0213

Christine M Smith
2300 Beau Monde Lane, Unit 106
Lisle IL 60532-1522

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
S Louis, MO 63179-0040

Comenity Bank/Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital Bank
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

Convergent Outsoucing, Inc
Po Box 9004
Renton, WA 98057-9004

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Credit Protection Assoc
Po Box 802068
Dallas, TX 75380-2068

Creditors Collection Bureau
Po Box 63
Kankakee, IL 60901-0063

Directv, LLC
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Escallate LLC
Attn:Bankruptcy
5200 Stoneham Rd Ste 200
North Canton, OH 44720-1584

Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106-0610

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

ICS/Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477-9110

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers/Sterling Jewelers Inc.
Sterling Jewelers
Po Box 1799
Akron, OH 44309-1799

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

LEXINGTON SL TRUST II
Xerox Education Services, LLC dba
ACS Education Services
501 Bleecker St.
Utica, NY 13501-2401

Melissa Gaskins
225 Meadowbrook St
Bolingbrook, IL 60440-2435

Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606-6914

NTB/CBSD
CitiCards Private Label Centralized Bank
Po Box 790040
Saint Louis, MO 63179-0040

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

Nationwide Credit & Collections, Inc
Attn : Bankruptcy
815 Commerce Dr Ste 270
Oak Brook, IL 60523-8852

Nordstrom Fsb
Correspondence
Po Box 6555
Englewood, CO 80155-6555

Numark Cu
Po Box 2729
Joliet, IL 60434-2729

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

PYOD, LLC its successors and assigns as assi
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Phoenix Financial Services. Llc
Po Box 26580
Indianapolis, IN 46226-0580

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Sterling Jewelers Inc.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Synchrony Bank/Walmart
Po Box 965064
Orlando, FL 32896-5064

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U. S. Department of Education
c/o FedLoan Servicing
P. O. Box 69184
Harrisburg, PA   17106-9184

Us Bank Home Mortgage
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201-5229

Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-2225

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Vision Financial Servi
1900 W Severs Rd
La Porte, IN 46350-7855